Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266 - 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re

Cynthia Ann Jacobsen

Chapter 13 Case No. 26-10257-WJL13

debtor(s)

**Trustee's Motion to Dismiss Chapter 13 Case for Unreasonable Delay that is Prejudicial to Creditors; Declaration and Notice and Opportunity to Object**

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee, files this Motion to Dismiss pursuant to 11 U.S.C.

Section 1307(c)(1) upon the debtor(s)' unreasonable delay that is prejudicial to creditors.

1. Debtor is ineligible to be debtor in a Chapter 13 [11 U.S.C. Section 109(e)].

2. To be eligible for chapter 13 relief, 11 U.S.C. Section 109(e) requires that chapter 13 debtors have noncontingent, liquidated, secured debts of less than $1,580,125.

3. 11 U.S.C. Section 109(e) eligibility is determined at the time the petition is filed. See Scovis v. Henrichsen (In re Scovis), 249 F.3d 975, 982 (9th Cir. 2001).  Absent an allegation that the schedules were not filed in good faith, the court looks to the debtor's schedules to determine whether the debts exceed Section 109(e). See id; see also Soderlund v. Cohen (In re Soderlund), 236 B.R. 271, 273 (9th Cir. B.A.P. 1999). In the case at bar, the Trustee does not raise a good faith objection to Debtor's schedules and the schedules should be used to determine whether Debtor is eligible for chapter 13.

4. This case was filed on April 21, 2026. According to Schedule D, Debtor has secured debts totaling $2,253,539.43 (Doc. No. 10).

5.  Debtor's debts exceed the secured debt limit of Section 109(e) and Debtor is ineligible for Chapter 13.

TO AVOID DISMISSAL

Within 21 days of this notice, YOU MUST resolve the issue or file an opposition/request for hearing detailing why the case should not be dismissed stating specific actions you have taken or will take to resolve the issue.

You should contact your attorney immediately to be advised of your legal options.

If you do not timely take action, YOUR CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

PURSUANT TO LOCAL BANKRUPTCY RULE 9014-1(b)(3)(A) NOTICE IS HEREBY GIVEN: Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party with 21 days of the mailing of notice; any objection or request for hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position; if there is no timely obejction to the requested relief or a request for hearing, the court may enter an order granting relief by default.

In the event of a timely objection or request for hearing, (either): the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case; or the tentative hearing date, location, and time are "n/a".

I am the Chapter 13 Standing Trustee for the United States Bankruptcy Court, Northern District of California, and the Trustee in the above referenced case. I know the following of my own personal knowledge and review of docket entries, and if called upon to testify I could and would testify as follows: This case was filed on April 21, 2026. According to Schedule D, Debtor has secured debts totaling $2,253,539.43 (Doc. No. 10).

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 14, 2026

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

Case: 26-10257   Doc# 20   Filed: 05/14/26   Entered: 05/14/26 14:38:27   Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Cynthia Ann Jacobsen
8157 Mill Station Rd
Sebastopol,CA 95472

Evan Livingstone
2585 Sebastopol Rd #7265
Santa Rosa,CA 95407

(Debtor(s))

(Counsel for Debtor)

Date: 5/14/2026

/s/ Olga Gonzalez

Olga Gonzalez

Case: 26-10257    Doc# 20    Filed: 05/14/26    Entered: 05/14/26 14:48:27    Page 3 of 3