

Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

**The following constitutes the order of the Court.**
**Signed: June 9, 2026**

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
Cynthia Ann Jacobsen

Debtors(s)

Chapter 13 Case Number:
26-10257-WJL13

In Proceedings Under
Chapter 13 of the Bankruptcy Code

_____

**Order of Dismissal**

_____

The Court having reviewed the Trustee's Motion to Dismiss Proceedings (20), and the Declaration in support thereof, and the Declaration and Request for Order of Dismissal, and it appearing that none of the deficiencies identified in the Trustee's Motion, i.e. Debtor is ineligible to be debtor in a Chapter 13 [11 U.S.C. Section 109(e)], have been resolved.

IT IS HEREBY ORDERED that the above-captioned case be dismissed, and that any restraining orders hereto entered in this case are hereby vacated. The Trustee shall submit at a later date the Trustee's Final Report for approval for the court.

END OF ORDER

Case: 26-10257   Doc# 27   Filed: 06/09/26   Entered: 06/09/26 15:15:58   Page 2 of 2